IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RONALD JACKON, | § | |
| | § | No.  427, 2020 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | ID. Nos.  1602015453 A & B |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:   June 9, 2021
Decided:   July 22, 2021

Before **SEITZ**, Chief Justice; **VALIHURA,** and **VAUGHN**, Justices.

## **O R D E R**

This 22nd day of July 2021, the Court having considered this matter on the briefs filed by the parties has determined that the Superior Court Commissioner's Report and Recommendation dated June 22, 2020 and the Superior Court Order Adopting Commissioner's Report and Recommendation dated November 18, 2020 should be affirmed on the basis of and for the reasons assigned by the Superior Court in its report dated June 22, 2020 and order dated November 18, 2020.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice